**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

May 19, 2016

VIA FACSIMILE AND U.S. MAIL

Honorable Marian W. Payson
United States District Court
Western District of New York
100 State Street
Rochester, New York 14612

**RECEIVED**
MAY 19 2016
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

Re: Hicks, et al, v. T.L. Cannon Management Corp., et al.
Civil Action No. 13-cv-6455

Dear Judge Payson:

I write to submit plaintiffs' proposed scheduling order. The parties have conferred in good faith and have agreed on a number of issues, but are unable to agree on the dates for the discovery schedule and motions deadline going forward. We are therefore submitting our proposal, and expect that the defendants will submit their proposal separately.

We are available to discuss at the court's convenience.

Respectfully submitted,

Jared K. Cook / RDH

Jared K. Cook

cc: Jessica F. Pizzutelli, Esq. (via e-mail)
Craig Benson, Esq. (via e-mail)

Having reviewed both parties' proposed submissions, the Court sets the following extended deadlines:
(1) plaintiffs' report on damages – **6/10/16**;
(2) defendants' report on damages (rebuttal) – **7/8/16**;
(3) completion of expert depositions – **8/8/16**;
(4) supplemental reports – **8/22/16**;
(5) dispositive motions deadline – **9/19/16**.
The parties shall execute the remainder of their stipulation and submit it to Judge Wolford for review and approval.
**SO ORDERED.**

Dated: **5/23/16**   Marian W. Payson
Marian W. Payson
U.S. Magistrate Judge

693 East Avenue, Rochester, New York 14607 tel: 585.272.0540 fax: 585.272.0574
jcook@theemploymentattorneys.com • www.theemploymentattorneys.com