

**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

September 15, 2016

**VIA FACSIMILE**

Honorable Elizabeth A. Wolford
United States District Court
Western District of New York
100 State Street
Rochester, New York 14612

RECEIVED
ELIZABETH A. WOLFORD

SEP 15 2016

United States District Judge
Western District of New York

Re: <u>Hicks, et al. v. T.L. Cannon Management Corp., et al.</u>
Civil Action No. 13-cv-6455

Dear Judge Wolford:

On behalf of both parties in the above-referenced action, I write to respectfully request a brief extension of time for the parties to file their dispositive motions. Pursuant to this Court's May 19, 2016 Order, the deadline to file dispositive motions is September 19, 2016. *See* Docket No. 272. We respectfully request an extension through September 22, 2016. If Your Honor approves this brief extension request, a "so ordered" line is provided below for Your Honor's convenience.

Thank you for your courtesies in this matter.

Respectfully submitted,

Jessica L. Lukasiewicz

SO ORDERED:

_____
Honorable Elizabeth A. Wolford
United States District Judge

Dated: September 15, 2016

cc: Craig Benson, Esq. (via e-mail only)
Jessica Pizzutelli, Esq. (via e-mail only)

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
jlukasiewicz@theemploymentattorneys.com • www.theemploymentattorneys.com