**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

June 29, 2018

**VIA FACSIMILE**

Honorable Marian W. Payson
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

RECEIVED
JUN 29 2018
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

Re: <u>Hicks, et al, v. T.L. Cannon Management Corp., et al.</u>
Civil Action No. 13-cv-6455

Dear Judge Payson:

I write on behalf of all parties to provide a status update on the parties' settlement efforts. Following a full-day mediation on June 13, 2018, the parties reached a settlement in principle and are in the process of drafting the settlement documents. As such, we respectfully request leave to file a joint status report with the Court by no later than July 30, 2018. If this request meets with your approval, a So Ordered line is included below for your convenience.

Thank you for your courtesies in this matter.

Respectfully submitted,

Jessica L. Lukasiewicz

cc: Jessica F. Pizzutelli, Esq. (via e-mail)
Craig Benson, Esq. (via e-mail)

**SO ORDERED:**
_Marian W Payson_
Honorable Marian W. Payson
United States Magistrate Judge
Dated: _June 29_, 2018

693 East Avenue, Rochester, New York 14607  tel: 585.272.0540  fax: 585.272.0574
jlukasiewicz@theemploymentattorneys.com • www.theemploymentattorneys.com