**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

August 20, 2018

**VIA FACSIMILE**

Honorable Marian W. Payson
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

*RECEIVED AUG 2 0 2018 MARIAN W. PAYSON U.S. Magistrate Judge Western District of New York*

Re: Hicks, et al. v. T.L. Cannon Management Corp., et al.
Civil Action No. 13-cv-6455

Dear Judge Payson:

Pursuant to the Court's July 31, 2018 Order, I write on behalf of all parties to provide a status update on the parties' settlement efforts. *See* Docket No. 324. Since the last update, the parties have continued working diligently working towards completing the settlement documents but have not yet finalized the documents. As such, we respectfully request leave to file a joint status report with the Court by no later than September 14, 2018. If this request meets with your approval, a So Ordered line is included below for your convenience.

Thank you for your courtesies in this matter.

Respectfully submitted,

/s/ Jessica L. Lukasiewicz

Jessica L. Lukasiewicz

cc: Jessica F. Pizzutelli, Esq. (via e-mail)
Craig Benson, Esq. (via e-mail)

Request granted.
SO ORDERED:
*/s/ Marian W. Payson*
Honorable Marian W. Payson
United States Magistrate Judge
Dated: Aug. 20, 2018