UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ASHLEY HICKS *et al.*,

    *Plaintiffs,*

v.

T.L. CANNON CORP. *et al.*,

    *Defendants*

NOTICE OF JOINT MOTION TO TRANSFER VENUE FOR PURPOSES OF SETTLEMENT

Civil Action No. 13-CV-6455(EAW)(MWP)

| | |
|---|---|
| **MOTION BY:** | Plaintiffs and Defendants. |
| **RELIEF REQUESTED:** | An Order transferring venue for purposes of settlement. |
| **BASIS FOR RELIEF REQUESTED:** | 28 U.S.C. § 1404(a); Court's inherent power. |
| **SUPPORTING PAPERS:** | Memorandum of Law; Affirmation of Michael J. Lingle. |
| **DATE AND TIME:** | To be determined by the Court. |
| **PLACE:** | United States District Court<br>Western District of New York<br>Kenneth B. Keating Federal Building<br>100 State Street<br>Rochester, New York 14614 |
| **REPLY PAPERS:** | While it likely unnecessary, pursuant to Local Rule 7(a), the parties preserve their ability to file and serve reply papers. |
| **ORAL ARGUMENT:** | To the extent it is beneficial to the Court, the parties request oral argument. |

1

Dated: September 14, 2018

                              **THOMAS & SOLOMON LLP**

By:   /s/ Michael J. Lingle
       J. Nelson Thomas, Esq.
       Michael J. Lingle, Esq.
       Jessica L. Lukasiewicz, Esq.
       *Attorneys for Plaintiffs*
       693 East Avenue
       Rochester, New York 14607
       Telephone:  (585) 272-0540
       nthomas@theemploymentattorneys.com
       mlingle@theemploymentattorneys.com
       jlukasiewicz@theemploymentattorneys.com