UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ASHLEY HICKS, et al.,

                              Plaintiffs,

      v.

T.L. CANNON CORP., et al.,

                              Defendants.

_____

ORDER

13-CV-6455W

        Plaintiffs and Defendants having jointly filed a motion to transfer this case for purposes of settlement to the United States District Court for the Northern District of New York (Docket # 326), and this Court having reviewed and considered the submission; it is hereby

        ORDERED, on the grounds that the motion is jointly made and therefore unopposed and having considered the factors relevant to a transfer pursuant to 28 U.S.C. § 1404(a), as set forth in the parties' submission, and having found that the transfer is appropriate for the convenience of the parties and in the interests of justice and judicial economy, that the joint motion to transfer for the Court to consider whether to approve settlement of this action **(Docket # 326) is GRANTED**. The Clerk of the Court is directed to transfer this case to the United States District Court for the Northern District of New York.

**IT IS SO ORDERED.**

                                                               _Marian W. Payson_
                                                              MARIAN W. PAYSON
                                                           United States Magistrate Judge

Dated: Rochester, New York
       September 21, 2018